**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-mj-02537-LFL

UNITED STATES OF AMERICA

v.

PAUL OSWALD MORANI,

     Defendant.

_____ /

## ORDER OF RECUSAL

**THE UNDERSIGNED MAGISTRATE JUDGE**, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a).

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of March, 2024.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

**IN ACCORDANCE** with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Lisette M. Reid _____.   Copies of this Order shall be served on all pending parties of record.   All documents for filing in this case shall carry the following case number and designation:   1:24-mj-02537-_Reid_____.

**BY ORDER OF THE COURT** this 21st day of _March_____, 2024, in Miami, Florida.


ANGELA E. NOBLE
Clerk of Court

By: /s/Valerie Kemp_____

Deputy Clerk

2