# COURT MINUTES
## Magistrate Judge Bruce E. Reinhart

Atkins Building Courthouse - 9th Floor        Date: 3/22/2024   Time: 10:00 a.m.

---

Defendant: Paul Oswald Morani        J#: 12433-506   Case #: 24-2537-MJ-LOUIS

AUSA: Andrea Goldberg        Attorney: Alejandro Soto (TEMP)

Violation: Money Laundering

Proceeding: Pretrial Detention        CJA Appt:

Bond/PTD Held: ☑ Yes  ☐ No        Recommended Bond: Pretrial Detention

Bond Set at: $100K CSB / $100 10%  ($500K PSB Co-signed by: Maria Isabel Morani — Mother)
              with Nebbia / with Nebbia

- ☑ Surrender and/or do not obtain passports/travel docs        Language: English
- ☑ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☑ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☑ No contact with victims/witnesses  AUSA to provide names; does not include family and co-defendants
- ☑ No firearms
- ☑ Not to encumber property
- ☑ May not visit transportation establishments
- ☑ Home Confinement/~~Electronic~~ Location Monitoring TBD by PTS
  Curfew 6:00 pm to 9:00 am, paid by TBD by USPO
  *During curfew Deft. allowed allowances*
- ☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment and any other activity approved by PTS
- ☐ Travel extended to:
- ☑ Other: USPO to monitor electronic devices regardless where they are found; Deft. can use internet

**Disposition:**
**Brady Order NOT given.**
Preliminary/Arraignment/RRC set for 4/2/24. Defense request to Reset Prelim/Arr is granted. Pretrial Detention hearing held; S/A - DEA - Patrick Betters sworn + testified;

Court grants Defense request and orders three bonds
① $500K PSB co-signed by Mother
② $100K CSB w/ Nebbia
③ $100K 10% w/ Nebbia
— Brady NOT GIVEN
*SEE ATTACHED SPECIAL CONDITIONS*

NEXT COURT APPEARANCE        Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal: 4/3/24  10:00  Duty Magistrate Judge
Status Conference RE:
D.A.R. 10:56:42; 12:49:41        Time in Court: 1 hour 53 minutes

*Defendant not released until Nebbia is satisfied*

DEFENDANT: Paul Oswald Moreana
CASE NUMBER: 24-MJ-2537
PAGE FOUR

__ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

__ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:
   1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
   2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
   3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
   4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
   5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
   6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
   7. ( ) The defendant shall not be involved in any children's or youth organizations.
   8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
   9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

__ u. May travel to and from: _____, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ v. Comply with the following additional conditions of bond:
① Not be employed in any money remitting activities (send/receive money) but can work as a retail cashier.
② Not open any bank accounts in U.S and provide full disclosure of bank accounts including log-in codes to PTS.
③ Not engage in any bank transactions (foreign or domestic)
④ Reside at mother's residence included in PTS report.