UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-02537-LMR

UNITED STATES OF AMERICA

v.

PAUL OSWALD MORANI,

Defendants.
_____/

### NEBBIA STIPULATION AND ORDER

On March 22, 2024, the Honorable Bruce Reinhart, United States Magistrate Judge, set conditions of release for Defendant Paul Oswald Morani, which included a $500K Personal Surety Bond, a $100K Corporate Surety Bond, and a $100K 10% Bond, and imposed a *Nebbia* requirement. The parties have agreed that the funds being used to satisfy the bond are not illegally derived. The money was obtained from savings from employment.

_____
Counsel for Defendant
Dated: _March 28, 2024_

_____
Counsel for Government
Dated: _March 28, 2024_

### ORDER

Based on the Stipulation of the Parties and the information contained therein, the Court finds that the *Nebbia* condition has been satisfied and that the bond to secure the release of the Defendant may be posted. DONE AND ORDERED on _March 25, 2024_ in Miami, Florida.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE